# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | Case No. 12-12291 (MFW) |
| Debtors. | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, | |
| Plaintiff. | |
| v. | Adv. Pro. No. 14-50448 (MFW) |
| Estate of Lawrence R. Stafford, | |
| Defendant. | **Related Docket No. 5** |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Charles A. Stanziale, Jr. (the "Plaintiff"), in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, et al., by and through his attorneys McCarter & English, LLP, and the Estate of Lawrence R. Stafford (the "Defendant") by and through their counsel, that the time within which Plaintiff must file an opposition, response, objection or other responsive pleading to the Motion to Dismiss (the "Motion") [Docket No. 5] is extended through and including October 10, 2014 and any reply brief is due on or before October 27, 2014.

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

| | |
|---|---|
| Dated: October 1, 2014<br>Wilmington, Delaware<br><br>**McCARTER & ENGLISH, LLP**<br><br>By: /s/ *William F. Taylor, Jr.*<br>William F. Taylor, Jr. (DE # 2936)<br>Kate R. Buck (DE #5140)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>wtaylor@mccarter.com<br>kbuck@mccarter.com<br><br>-and-<br><br>Jeffrey T. Testa, Esq.<br>Donald J. Crecca, Esq.<br>Four Gateway Center, 100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>jtesta@mccarter.com<br>dcrecca@mccarter.com<br><br>*Counsel to the Chapter 7 Trustee* | Dated: October 1, 2014<br>Wilmington, Delaware<br><br>**FINGER & SLANNIA, LLC**<br><br>By: */s/ David L. Finger*<br>David L. Finger (DE #2556)<br>Finger & Slanina, LLC<br>One Commerce Center<br>1201 N. Orange St., 7th Floor<br>Wilmington, DE 19801-1186<br>Telephone: (302) 573-2525<br>dfinger@delawgroup.com<br><br>-and-<br><br>**BURKE WILLIAMS & SORENSEN, LLP**<br>Richard J. Reynolds, Esquire<br>1851 East First Street, Suite 1550<br>Santa Ana, CA 92705<br>Telephone: (949) 863-3363<br>fcabezas@bwslaw.com<br><br>*Counsel to Defendant* |

Dated: _____, 2014
         Wilmington, DE

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

ME1 18984482v.1